Opinion filed February 1, 1935.

J. Edward Jones, for appellant. Hershenson & Hershenson, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

K. Blankstein, defendant in error, v. Albert J. Horan and William Kleine, trading as Loyola Garage, plaintiffs in error. Gen. No. 37,293.

Opinion filed February 1, 1935.

Benjamin E. Cohen, for plaintiffs in error; Mayer Goldberg and Harold R. Gordon, of counsel. Seymour R. Blankstein, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

First National Bank and Trust Company, appellant, v. Baker, Fentress and Company et al., appellees. Gen. No. 37,424.

Opinion filed February 1, 1935. Rehearing denied February 13, 1935.

Ekern & Meyers, for appellant; Luther F. Binkley and William E. Mooney, of counsel. Henry Fitts, for appellees; Samuel Topliff, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

In re estate of Robert M. Bowes, deceased. Robert B. Bowes, administrator of the estate of Robert M. Bowes, deceased, appellee. Irma A. Ulm, appellant. Gen. No. 37,465.

Opinion filed February 1, 1935.

Marshall Solberg and Kellam Foster, for appellant. Marguerite Hartman and Hubbard, Baker & Rice, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Harry L. Wells et al., appellees, v. Central Republic Trust Company et al., defendants. Central Republic Trust Company, appellant. Gen. No. 37,542.

Opinion filed February 1, 1935.
Fisher, Boyden, Bell, Boyd & Marshall, for appellant; David A. Watts and William F. Kenney, of counsel. Backer, Sewell & Rice, for appellees; Walter L. Backer and William J. Pretschold, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

Mandel H. Harris, appellant, v. Mark Jampolis et al., appellees. Gen. No. 37,614.

Opinion filed February 1, 1935.
Aaron Soble, for appellant. I. E. Segal, for appellees.
Mr. Justice Scanlan delivered the opinion of the court.

Jean S. Geary, appellee, v. The National Tea Company, appellant. Gen. No. 37,627.

Opinion filed February 1, 1935. Rehearing denied February 13, 1935.
Kelly, Pratt & Zeiss, for appellant; Will A. Kelly, of counsel. Hart & Shomberg, for appellee; Victor P. Frank, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

Robert C. Hooper, appellee, v. Scottish Union and National Insurance Company, appellant. Gen. No. 37,676.

Opinion filed February 1, 1935.
Hicks & Folonie, for appellant. Edwin Hamilton, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Abe Poncher, plaintiff in error. Gen. No. 37,717.

Opinion filed February 1, 1935.
Louis Greenberg and Martin S. Gerber, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and John T. Gallagher, Assistant State's Attorneys, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.